IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**RASHAWN RAMAL WILSON,**<br><br>    *Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00028-TES-CHW-1** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Rashawn Ramal Williaam's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 22]. On August 14, 2024, the Grand Jury returned a one-count Indictment [Doc. 1] charging Defendant with Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g) and 924(a)(8). Having been arraigned, Defendant is currently on pretrial release. [Doc. 8-5]; [Doc. 16].

Defendant seeks to continue this case from the currently set pretrial conference and trial dates of March 11, 2026, and April 27, 2026, respectively, so that more time can be had to, among other things, review the government's discovery. [Doc. 22, p. 1]. According to Defendant, counsel for the government does not oppose a continuance. [*Id.* at p. 2]. The Court finds that granting a continuance for this case serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting Defendant's request outweigh the interests of Defendant and the

public in a speedy trial. *See id.* Specifically, failure to grant this continuance would deny Defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Motion to Continue [Doc. 22] and **CONTINUES** the trial of this matter until May 19, 2026. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 24th day of February, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**