**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**RASHAWN RAMAL WILSON,**<br><br>　*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00028-TES-CHW-1** |

**ORDER GRANTING THIRD UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Rashawn Ramal Wilson's Third Unopposed Motion to Continue Trial in the Interest of Justice. [Doc. 26]. On August 14, 2024, the Grand Jury returned a one-count Indictment charging Defendant with Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g) and 924(a)(8). [Doc. 1]. Defendant is currently on pretrial release. [Doc. 8-5]; [Doc. 16].

Defendant seeks to continue this case from the currently set pretrial conference and trial dates of May 18, 2026, and June 22, 2026, respectively, because "additional time to complete defense investigations" is needed. [Doc. 26, p. 3]. According to Defendant, counsel for the government does not oppose a continuance. [*Id.* at p. 5]. For these and other reasons stated Defendant's motion, the Court finds that granting another continuance serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting Defendant's request outweigh his

interests and those of the public in a speedy trial. *See id.* Specifically, failure to grant this continuance would deny Defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant's Third Motion to Continue [Doc. 26] and **CONTINUES** the trial of this matter until July 27, 2026. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv). **Defendant should not expect any additional continuances for this case**.

**SO ORDERED**, this 11th day of May, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

2